No. 00–8455. ESTES *v.* SUPREME COURT OF UTAH ET AL. C. A. 10th Cir.;
No. 00–8554. BROWN *v.* CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir.;
No. 00–8776. DALTON *v.* SCHOOL BOARD OF THE CITY OF NORFOLK ET AL. C. A. 4th Cir.; and
No. 00–8825. SMITH *v.* DAHLBERG, ACTING SECRETARY OF THE ARMY. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 7, 2001, within which to pay the docketing fees required by

Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.